1006

THE STATE OF WASHINGTON, *Respondent*, v. K.B., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-06918-3, Carol A. Schapira, J., entered November 2, 1998. *Affirmed* by unpublished per curiam opinion.

AUBURN SCHOOL DISTRICT NO. 408, *Respondent*, v. KING COUNTY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-32051-8, Robert H. Alsdorf, J., entered November 10, 1998. *Reversed* by unpublished opinion per Webster, J., concurred in by Agid, A.C.J., and Coleman, J.

THE STATE OF WASHINGTON, *Respondent*, v. ALEXIS REBECA TURNER, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 98-8-00198-1, Alan R. Hancock, J., entered October 22, 1998. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. N.M.S., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-07552-3, Michael Trickey, J., entered January 25, 1999. *Reversed* by unpublished per curiam opinion.